FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

FEB 25 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SACR 08-309 |
| Murray, Ernest DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Thursday, 2/26/09___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable ___Robert N. Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____
(Other custodial officer)
and produced for the hearing.

Dated: ___2/25/09___

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

---

CR-66 (10/97)   ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT   Page 1 of 1