SEAN K. KENNEDY (145632)
Federal Public Defender
ANNE HWANG (223094)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520
E-mail:  Anne_Hwang@fd.org

Attorneys for Defendant
ERNEST GUY MURRAY IV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. SA CR 08-309-DOC |
| Plaintiff, | ) | |
| v. | ) | **ORDER OF DETENTION AND EXONERATING BOND** |
| ERNEST GUY MURRAY IV, | ) | |
| Defendant. | ) | |

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE

HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant shall be

detained prior to trial and the Court's prior order releasing defendant on conditions is

revoked.  IT IS FURTHER ORDERED that the bond posted as to Defendant Ernest

Guy Murray be exonerated.

DATED:  April 3, 2009

David O. Carter

HONORABLE  DAVID O. CARTER
United States District Judge

cc: Fiscal; PSA; USM-SA

1

2

<u>PROOF OF SERVICE</u>

3

    I, the undersigned, declare that I am a resident or employed in Orange County,

4

California; that my business address is the Federal Public Defender's Office, 411 West

5

Fourth Street, Suite 7110, Santa Ana, California 92701-4598; that I am over the age of

6

eighteen years; that I am not a party to the above-entitled action; that I am employed

7

by the Federal Public Defender for the Central District of California, who is a member

8

of the Bar of the United States District Court for the Central District of California, and

9

at whose direction I served a copy of a document entitled:

10

**[Proposed] Order of Detention and Exonerating Bond**

11

    On April 3, 2009,  following ordinary business practice, service was:

12

13

[x] Placed in a closed
envelope, for collection and
hand-delivery by our internal
staff, addressed as follows:

[  ] By hand-delivery
addressed as follows:

[  ] Placed in a sealed
envelope for collection and
mailing via United States
Mail, addressed
as follows:

14

15

[  ] By facsimile as follows:

16

17

Frank Guerrero
United States Pretrial Services Office
411 W. Fourth Street, Ste. 4070
Santa Ana, CA 92701

18

19

    This proof of service is executed at Santa Ana, California, on April 3, 2009.

20

21

    I declare under penalty of perjury that the foregoing is true and correct to the

22

best of my knowledge.

23

24

<u>*Rebecca V. Perez*   </u>
Rebecca V. Perez

25

26

27

28

2