```
                                                              FILED
                                                     CLERK, U.S. DISTRICT COURT

                                                          JUN - 6 2011

                                                     CENTRAL DISTRICT OF CALIFORNIA
                                                     BY  sny           DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Murray IV, Ernest Guy <br> Defendant. | Case No.: SA CR08-309-DOC <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the  CD CA ,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on  Backgrd, cmty ties unverified; bail resources unknown; o/s warrant; ongoing substance abuse ~~probability~~; demonstrated inability problem;

to comply w/supervision conditions; prior FTA conviction

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on criminal history record incl prior conv for narcotics offense; history of committing new offenses while under supervision

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 6/6/11

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE