O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ERNEST GUY MURRAY,<br><br>　　　　Defendant. | Case No. SACR08-309 DOC<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

　　The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.　(X)　The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

///

///

1  B.      (X)    The defendant has not met his burden of establishing by clear and convincing
2               evidence that he is not likely to pose a danger to the safety of any other person
3               or the community if released under 18 U.S.C. § 3142(b) or (c). This finding
4               is based on the nature of the charged offense and defendant's criminal history.

6       IT THEREFORE IS ORDERED that the defendant be detained pending the further
7  revocation proceedings.

10 Dated: March 27, 2012

                                    /s/     Arthur Nakazato
                                   ARTHUR NAKAZATO
                                   UNITED STATES MAGISTRATE JUDGE